Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorneys for Plaintiff Timothy Stone

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Stone,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Accelerated Engineering Services, Inc., Sierra Elizabeth Schneider, and Daniel Cotrone,<br><br>　　　　Defendants. | Case No. 2:20-cv-00554-JAM-KJN<br><br>**ORDER STRIKING DEFENDANT ACCELERATED ENGINEERING SERVICES, INC.'S ANSWER; ENTERING ITS DEFAULT; AND DISMISSING COUNTER-CLAIM** |

　　　　On July 12, 2021, Defendants' counsel, Michael Cressey, filed a motion withdraw as attorney of record for all Defendants. *See* ECF No. 13. The court granted Mr. Cressey's motion for withdrawal on September 2, 2021. *See* ECF No. 14. The court noted that Defendants Sierra Schneider and Daniel Cotrone could proceed pro se, but the corporate Defendant, Accelerated Engineering Services, Inc., was required to find replacement counsel within 30 days of the date of the order or judgment may be entered against it.

　　　　The deadline for Defendant Accelerated Engineering Services, Inc. to find new counsel was thirty days from September 2, 2021, which fell on a Saturday, October 2, 2021. Therefore, the deadline for the corporate defendant to find new counsel was the end of October 4, 2021. *See* Fed. R. Civ. P. 6(a)(1)(C).

　　　　Defendant Accelerated Engineering Services, Inc. has not filed a notice of representation or any

other paper that indicates it has retained new counsel. Therefore, the court orders the following:

IT IS ORDERED that Defendant Accelerated Engineering Services, Inc.'s answer is stricken.

IT IS FURTHER ORDERED that Defendant Accelerated Engineering Services, Inc.'s counter-claim is dismissed without prejudice;

IT IS FURTHER ORDERED that the default of Defendant Accelerated Engineering Services, Inc. shall be entered against Defendant Accelerated Engineering Services, Inc.

IT IS SO ORDERED.

DATED: October 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE