Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorneys for Plaintiff Timothy Stone

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Stone,<br><br>         Plaintiff,<br><br>     v.<br><br>Accelerated Engineering Services, Inc., Sierra Elizabeth Schneider, and Daniel Cotrone,<br><br>         Defendants. | Case No. 2:20-cv-00554-JAM-KJN<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Timothy Stone hereby notifies the court that the parties have a reached a global settlement of this entire action, performance of which is pending. Plaintiff anticipates filing a stipulation for dismissal with prejudice no later than February 28, 2022.

    Respectfully submitted,

Dated: January 11, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Bryce Fick
Attorneys for Plaintiff