1  Richard Morin (SBN 285275)
2  Bryce Fick (SBN 322951)
   Law Office of Rick Morin, PC
3  555 Capitol Mall Suite 750
   Sacramento, CA 95814-4508
4  Phone: (916) 333-2222
   Email: legal@rickmorin.net
5

6  Attorneys for Plaintiff Timothy Stone

7

8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  Timothy Stone,                          Case No. 2:20-cv-00554-JAM-KJN

12                Plaintiff,                 **STATUS REPORT REGARDING
                                             SETTLEMENT**
13        v.

14  Accelerated Engineering Services, Inc., Sierra
    Elizabeth Schneider, and Daniel Cotrone,
15
                  Defendants.
16

17        On January 11, 2022, Plaintiff Timothy Stone notified the court that the parties had a reached

18  a global settlement of this entire action and that dispositional documents would be filed no later than

19  February 28, 2022. As of today's date, the defendants have not fully performed their obligations under

20  the settlement agreement and therefore Plaintiff is not in a position to dismiss this action. Plaintiff

21  anticipates being able to do so within the next 30 days, and failing that, Plaintiff will have to seek relief

22  from the court for Defendants' failure to comply with the terms of the executed settlement.

23        Respectfully submitted,

24        Dated: February 28, 2022                        Law Office of Rick Morin, PC

25

26                                                        _____

27                                                        By: Richard Morin
                                                          Bryce Fick
28                                                        Attorneys for Plaintiff