Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: 949-996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff Timothy Stone

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Stone,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Accelerated Engineering Services, Inc., Sierra Elizabeth Schneider, and Daniel Cotrone,<br><br>　　　　Defendants. | Case No. 2:20-cv-00554-JAM-KJN<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY ORDERED that this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and as is consistent with this court's previous August 3, 2022 Order, ECF No. 25.

DATED:  August 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE